In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-364 CV


____________________



JAMES MICHAEL HOLDER, Appellant



V.



JOHN P. COWART, JOHN P. COWART, P.C., MOORE LANDREY, L.L.P.,


ED W. BARTON, JOHN D. MCELROY, BARTON, PRICE &


MCELROY a/k/a BARTON, PRICE, MCELROY & TOWNSEND,


QUENTIN D. PRICE, AND RODNEY A. TOWNSEND, JR., Appellees






On Appeal from the 60th District Court


Jefferson County, Texas


Trial Cause No. B-178,288






 MEMORANDUM OPINION


 James Michael Holder filed a notice of appeal of the trial court's order granting a
motion for summary judgment filed by three of the seven defendants. We questioned our
jurisdiction over the appeal and instructed the parties to file written responses by September
12, 2008. We extended the response date to October 20, 2008, but have not received a
response from any of the parties.

 Orders signed on March 13, 2008, and June 24, 2008, granted partial summary
judgment but identified claims that remained pending. On July 23, 2008, the trial court
granted a motion for summary judgment and decreed that Holder take nothing from John P.
Cowart, John P. Cowart, P.C., and Moore Landrey, L.L.P. In his docketing statement,
Holder states that claims remain pending in the trial court against the remaining defendants.

 Claims remain unresolved in the trial court. Thus, the trial court's order is not
appealable as a final judgment. See Lehmann v. Har-Con Corp., 39 S.W.3d 191, 195 (Tex.
2001). Although we gave notice that the appeal was subject to dismissal, Holder failed to
file a response that showed grounds for continuing the appeal. See Tex. R. App. P. 42.3.
Holder supplied no authority that supports the exercise of appellate jurisdiction at this time.

 Accordingly, the appeal is dismissed for lack of jurisdiction.

 APPEAL DISMISSED.

 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered October 30, 2008 

Before McKeithen, C.J., Gaultney and Horton, JJ.